# United States District Court

DISTRICT OF MASSACHUSETTS

FREDERICK J. HERRICK, SR.

V.

ROLAND D. HUGHES, ESQUIRE

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04-10020 RWZ**

TO: (Name and Address of Defendant)

Roland D. Hughes, Esquire
14 Norwood Street
Everett, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
BOSTON FISH PIER, WEST BUILDING II
SUITE 304
BOSTON, MA 02110
(617) 261-0080

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE January 6, 2004

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/12/04 |
| NAME OF SERVER (PRINT) John Roberto | TITLE Server & Disinterested... |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/12/04__     _[signature]_
             Date                 Signature of Server

__92 State St., Boston, MA 02109__
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.