UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-10020RWZ

FREDERICK J. HERRICK, SR. )
   Plaintiff )
)
v. )
)
ROLAND D. HUGHES, ESQUIRE )
   Defendants. )

## ANSWER OF THE DEFENDANT, ROLAND D. HUGHES, ESQUIRE TO THE PLAINTIFF'S COMPLAINT AND JURY DEMAND

### FIRST DEFENSE

The Complaint fails to state a claim against the defendant, Roland D. Hughes, Esquire upon which relief can be granted.

### SECOND DEFENSE

The defendant, by its counsel, responds to the allegations in the Complaint by corresponding numbered paragraphs, as follows:

### INTRODUCTION

1. This paragraph of the plaintiff's Complaint does not set forth allegations and is introductory only, thus no response is required nor given.

### JURISDICTION

2. The allegations in this paragraph of the Complaint set forth a legal conclusion to which the defendant need not respond, otherwise denied.

922124v1

## PARTIES

3. The defendant is without information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complain, and therefore deny same.

4. The defendant admits the allegations in this paragraph of the Complaint.

## FACTUAL BACKGROUND

5. The defendant is without information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complain, and therefore denies same.

6. The defendant is without information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complain, and therefore denies same.

7. The defendant is without information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complain, and therefore denies same.

8. The defendant admits the allegations in this paragraph of the Complaint.

9. The defendant denies the allegations set forth in this paragraph of the Complaint.

10. The defendant states that there was, in fact, a letter dated February 21, 2003 from Carnival Cruise Lines addressed to the defendant, said letter speaks for itself, otherwise denied.

11. The defendant denies the allegations set forth in this paragraph of the Complaint.

## COUNT I
### (Negligence)

12. The defendant repeats and incorporates his answers to paragraphs 1 through 11 of the Complaint as if set forth at length herein.

13. The allegations in this paragraph of the Complaint sets forth a legal conclusion to which the defendant need not respond, otherwise denied. The defendant denies the remaining allegations set forth in this paragraph of the Complaint.

14. The defendant denies the allegations set forth in this paragraph of the Complaint.

### THIRD DEFENSE

The Complaint fails to state a claim against the defendant upon which relief may be granted.

### FOURTH DEFENSE

The plaintiff's claims are barred because defendant did not owe any duty to plaintiff.

### FIFTH DEFENSE

The plaintiff did not commence this action within the time allowed by the applicable statute of limitations.

### SIXTH DEFENSE

The plaintiff has suffered no damages.

### SEVENTH DEFENSE

If the plaintiff has been damaged as alleged, which the defendant denies, then said damage resulted from the acts and/or omissions or persons or entities for whose conduct the defendant is neither legally liable nor responsible.

### EIGHTH DEFENSE

If the plaintiff has been damaged as alleged, which the defendant denies, then said damage resulted from the plaintiff's own negligence and/or intentional conduct. Accordingly, the plaintiff is either barred from recovery or must reduce his recovery (if any) proportionate to the extent of his negligence.

### NINTH DEFENSE

As the plaintiff has incurred no damages as a result of any act or omission of the defendant, the plaintiff is entitled to no recovery.

## TENTH DEFENSE

The plaintiff's claims are barred by the pendency of a prior action.

## ELEVENTH DEFENSE

The plaintiff's claims against the defendant are barred because the defendant has been released.

## TWELFTH DEFENSE

The plaintiff's claims are barred because plaintiff never relied on any of the alleged acts or omissions of defendant.

## JURY DEMAND

The defendant, Ronald D. Hughes, Esquire, hereby demand a trial by jury as to all counts of the Complaint.

Defendant,
ROLAND D. HUGHES, ESQUIRE
By his Attorneys,

_____
Scott Douglas Burke, BBO #551255
William B. Scarpelli, BBO #560034
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: 2/10/04

922124v1

4

## CERTIFICATE OF SERVICE

I, William B. Scarpelli hereby certify that a true and accurate copy of the foregoing document was served via in hand delivery upon the following:

David B. Kaplan, Esquire
Kaplan Bond Group
Boston Fish Pier,
West Building II, Suite 304
Boston, MA 02110

_____
William B. Scarpelli

Date: 2/10/04