UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10020-RWZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FREDERICK J. HERRICK, SR.      *
   Plaintiff                             *
                                              *
v.                                             *
                                              *
ROLAND D. HUGHES                *
   Defendant                          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Local Rule 16.1 (D)(3) Certification

This will certify that the Plaintiff, Frederick J. Herrick, Sr., and his attorney have conferred about establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation, and to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

FREDERICK J. HERRICK, SR.
By his attorney,

_/s/ David B. Kaplan_
DAVID B. KAPLAN, #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210
(617) 261-0080

Dated: February 24, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 2-24-04

_/s/ David B. Kaplan_