UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10020-RWZ

```
* * * * * * * * * * * * * * * * * * * * * * * *
FREDERICK J. HERRICK, SR.          *
     Plaintiff                     *
                                   *
v.                                 *
                                   *
ROLAND D. HUGHES                   *
     Defendant                     *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S AUTOMATIC DISCLOSURE PURSUANT TO RULE 26(a)(1)

Now comes the plaintiff, Frederick J. Herrick, Sr., by his attorney, and submits his Automatic Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2 of the Local Rules for the District of Massachusetts.

**A.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Frederick J. Herrick, Sr., 72 North Milton St., Malden, MA  781-321-6067
2. Lucille Herrick, North Milton St., Malden, MA  781-321-6067
3. Roland D. Hughes, 14 Norwood Street, Everett, MA  617-389-2224
4. Employees of Carnival Cruise Lines who investigated and repaired the subject bunk
5. James A. Morrill, MD, Massachusetts General Hospital 781-485-6303
6. David Karli, MD, Massachusetts General Hospital, 617-726-2290
7. Plaintiff's treating physicians

Plaintiff reserves the right to include all witnesses named by the defendant.

**B.   DOCUMENTS**

Medical records of Massachusetts General Hospital
Medical records of Melrose-Wakefield Hospital
Medical records of Everett Chiropractor
Medical records of Carnival Cruise Lines M/V CARNIVAL
Mr. Herrick's tax records

Mr. Herrick's employment records

Plaintiff reserves the right to offer any of the documents submitted by the defendant.

The defendant will agree to produce all non-privileged documentation as set forth upon request.

C. **COMPUTATION OF DAMAGES**

| | |
|---|---|
| Medical Bills to date | $ 12,878.20 |
| Lost Wages - Disability<br>Total:  2/17/02 – 5/3/02 = 7 weeks<br>@ $1,000 per week = | $ 7,000.00 |
| Partial: 5/4/02 – 2/29/04 = 22 mos.<br>@$500 per week = $2000/mo | $ 44,000.00 |

D. **INSURANCE AGREEMENTS**

Not Applicable.

Respectfully submitted
by his attorney,

_____
DAVID B. KAPLAN #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA  02210
(617) 261-0080

DATED: February 24, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on  2-24-04
David B. Kaplan

2