UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-10020RWZ

| | |
|---|---|
| FREDERICK J. HERRICK, SR.<br>Plaintiff | )<br>)<br>) |
| v. | )<br>)<br>) |
| ROLAND D. HUGHES, ESQUIRE<br>Defendants. | )<br>)<br>) |

## ROLAND D. HUGHES' AUTOMATIC DISCLOSURE PURSUANT TO RULE 26(a)(1)

Now comes the defendant, Roland D. Hughes, Esquire, by his attorney, and submits his Automatic Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2 of the Local Rules for the District of Massachusetts.

### A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

1. Frederick J. Herrick, Sr., 72 North Milton St., Malden, MA

2. Lucille Herrick, 72 North Milton St., Malden, MA

3. Roland D. Hughes, 14 Norwood Street, Everett, MA

4. Lupe Seco, Senior Claims Adjuster, Loss Prevention Department, Carnival Cruise Lines, Carnival Place, 3655 NW 87 Avenue, Miami, Florida 33178-2428

5. Employees of Carnival Cruise Lines who investigated and repaired the subject bunk

6. James A. Morrill, MD, Massachusetts General Hospital

7. David Karli, MD, Massachusetts General Hospital

8. Other of the plaintiff's treating physicians

926435v1

B. **DOCUMENTS**

Incident report from Carnival Cruise Lines

Plaintiff's medical records of Massachusetts General Hospital

Plaintiff's medical records of Melrose-Wakefield Hospital

Plaintiff's medical records of Everett Chiropractor

Plaintiff's medical records of Carnival Cruise Lines M/V CARNIVAL

Plaintiff's income tax records

Plaintiff's employment records

Carnival Cruise Line injury statement

Plaintiff's file from the Massachusetts Department of Industrial Accidents.

The defendant reserves the right to offer any of the documents submitted by the plaintiff. Moreover, the defendant will agree to produce all non-privileged documentation as set forth upon request.

C. **COMPUTATION OF DAMAGES**

Not Applicable.

D. **INSURANCE AGREEMENTS**

The defendant will make any such agreement available to the plaintiff for inspection and copying at defense counsel's office upon reasonable advance notice and at a mutually convenient time.

                Defendant,
                ROLAND D. HUGHES, ESQUIRE
                By his Attorneys,

                */s/ Scott Douglas Burke*
                Scott Douglas Burke, BBO #551255
                William B. Scarpelli, BBO #560034
                MORRISON, MAHONEY & MILLER, LLP
                250 Summer Street
                Boston, MA 02210
                (617) 439-7500

926435v1

## CERTIFICATE OF SERVICE

I, William B. Scarpelli hereby certify that a true and accurate copy of the foregoing document was served via mail upon the following:

David B. Kaplan, Esquire
Kaplan Bond Group
Boston Fish Pier, West Building II, Suite 304
Boston, MA 02110

_____
William B. Scarpelli

Date: 3/9/04

926435v1