UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10020 RWZ

| | |
|---|---|
| FREDERICK J. HERRICK, SR. )<br>    Plaintiff )<br>)<br>v. )<br>ROLAND D. HUGHES, ESQUIRE )<br>    Defendant ) | |

## JOINT STATEMENT

The parties in the above captioned action submit the following Joint Statement in accordance with the Notice of Scheduling Conference and pursuant to the provisions of Fed. R. Civ. 16(b) and Local Rule 16.1. An initial scheduling conference will be held at 2:30 p.m. on March 16, 2004.

I.   Obligation of Counsel to Confer

Counsel for the parties have conferred in accordance with the provisions of Local Rule 16.1 (B). Discovery is proceeding in accordance with Local Rule 26 and a proposed joint discovery plan is contained below.

II.   Settlement Proposals

The plaintiff has presented a written settlement proposal to the defendant in compliance with Local Rule 16.1. Defense counsel shall confer with an authorized representative of their client on the subject of settlement and shall be prepared to respond to the proposal at the scheduling conference.

III.   Proposed Discovery Plan

The above entitled action was filed with this Court on January 26, 2004. Pursuant to Rule 16(b) of the Fed. R. Civ. P. and Local Rule 16.1 (F) the parties propose the following:

1. All amendments and/or supplements to the pleadings to be filed by March 26, 2004 reserving the right to amend and/or supplement if new evidence is introduced as a result of discovery.

2. All written discovery and factual depositions to be completed by August 15, 2004.

3. The plaintiff shall designate trial experts and shall disclose the information contemplated by Fed. R. Civ. P. 26(a)(2)(b) by October 31, 2004.

4. The defendant shall designate trial experts and shall disclose the information contemplated by Fed. R. Civ. P. 26(a)(2)(B) by November 30, 2004.

5. All expert depositions to be completed by February 1, 2005. The parties reserve the right to take de bene esse depositions of witnesses who will be unavailable for trial at any time up to and including the last Friday preceding the trial date.

6. All dispositive motions, and/or motions for summary judgment, are to be filed by March 1, 2005.

7. A final pretrial conference will be held on or about April 15, 2005, unless dispositive motions remain pending at that time.

IV.  Trial by Magistrate Judge

The parties reserve the decision as to trial by magistrate judge until after discovery.

V.  Certifications

The parties certify that counsel and their clients have conferred with a view to establish a budget for litigation and alternative dispute resolution. The certifications will be filed under separate cover.

| Respectfully submitted,<br>for the Plaintiff, | Respectfully submitted,<br>for the Defendant, |
|---|---|
| *David B Kaplan*<br>DAVID B. KAPLAN, BBO#258540<br>KAPLAN BOND GROUP<br>Boston Fish Pier, West Bldg. Suite 304<br>Boston, MA 02210<br>(617) 261-0080 | *William B. Scarpelli*<br>Scott Douglas Burke, BBO #551255<br>William B. Scarpelli, BBO #560034<br>MORRISON, MAHONEY & MILLER<br>85 Devonshire Street<br>Boston, MA 02109<br>(617) 723-0901 |

Dated: March 8, 2004