UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-10020RWZ

| | |
|---|---|
| FREDERICK J. HERRICK, SR.<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| ROLAND D. HUGHES, ESQUIRE<br>Defendants. | )<br>)<br>)<br>) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

This will certify that the defendant, Roland D. Hughes, Esquire, and his attorney have conferred about establishing a budget for the cost of conducting the full course – and various alternative courses – of litigation, and to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

_____
ROLAND D. HUGHES, ESQUIRE

Defendant,
ROLAND D. HUGHES, ESQUIRE
By his Attorneys,

_____
Scott Douglas Burke, BBO #551255
William B. Scarpelli, BBO #560034
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

Date: 3/6/04

925348v1

## CERTIFICATE OF SERVICE

I, William B. Scarpelli hereby certify that a true and accurate copy of the foregoing document was served via ~~in hand delivery~~ Mail upon the following:

David B. Kaplan, Esquire
Kaplan Bond Group
Boston Fish Pier, West Building II, Suite 304
Boston, MA 02110

_____
William B. Scarpelli

Date: 3/5/04