---_

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10020-RWZ

* * * * * * * * * * * * * * * * * * * * * * * *

FREDERICK J. HERRICK, SR.      Plaintiff

* *

v.

* *

ROLAND D. HUGHES        Defendant

* *

** * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF ADMISSION OF FACTS**

Now comes the plaintiff, Frederick J. Herrick, Sf., by his attorney, and submits his Notice of Admission of Facts pursuant to Rule 16(c) of the Federal Rules of Civil Procedure.

1.

The Defendant, Roland Hughes represented the plaintiff in connection with the claim against Carnival Cruise Lines and injuries sustained therein on February 17, 2002 when he was struck by a bunk that fell.

2.

The defendant notified Carnival Cruise Lines that he represented the plaintiff in this case in his claim against Carnival Cruise Lines. The defendant, Roland Hughes negligently failed to file the suit within the time required and as a result, the liability of Carnival Cruise Line was terminated.

3.

An investigation conducted by Carnival Cruise Lines determined that the plaintiff

was injured as a result of the bunk falling and causing the injury and further found that the lock was malfunctioning. The lock was replaced with a new lock and instructions were given to the stewards or stewardesses to always check for the Pullman's bunk locks to be sure that they close properly.

4.

Housekeeping Manager, Renata Dudovic was the person who found the lock was

malfunctioning and was advised to instruct the stewards or stewardesses to check that the bunks

locks were functioning properly.

Respectfully submitted by his attorney,

=*P_#*

/_ID B. KAPLAN *1125* 540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304 Boston, MA 02210 (617) 261-0080

DATED: August 26, 2004

2