UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10020-RWZ

FREDERICK J. HERRICK, SR.

v.

ROLAND D. HUGHES

SCHEDULING ORDER

August 25, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and David B. Kaplan having appeared as counsel for plaintiff Frederick J. Herrick, Sr.; and William B. Scarpelli having appeared as counsel for defendant Roland D. Hughes, the following action was taken:

1. Counsel shall report the status of settlement by October 29, 2004.

2. If the case is not settled, all discovery shall be completed by February 1, 2005.

3. A pretrial conference is scheduled on February 9, 2005, at 2 p.m.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |