# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

William B. Scarpelli
Phone: 617-737-8886
Fax: 617-342-4957
wscarpelli@morrisonmahoney.com

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

October 26, 2004

Honorable Rya Zobel
U. S. District Court/District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Frederick J. Herrick, Sr. v. Roland D. Hughes, Esquire
      US District/Massachusetts Case No: 04-10020 RWZ
      Our File No: 10012074

Dear Judge Zobel:

In accordance with the Court's August 25, 2004 Scheduling Order, please be advised that the parties have agreed to submit this case to mediation before David Matz at The Mediation Group in Brookline, MA. The mediation is scheduled to convene on November 18, 2004.

Very truly yours,

William B. Scarpelli

WBS/mt
cc:   David Kaplan, Esquire

947908v1