UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK HERRICK, SR.
    Plaintiff

V.

CIVIL ACTION:04-10020-RWZ

ROLAND HUGHES
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                                FEBRUARY 9, 2005

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

By the Court,

s/ Lisa A. Urso
Deputy Clerk

30day.ord