UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-10020RWZ

| | |
|---|---|
| FREDERICK J. HERRICK, SR.<br>Plaintiff<br><br>v.<br><br>ROLAND D. HUGHES, ESQUIRE<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Massachusetts Rules Civil Procedure 41(a)(1)(ii), the parties in the above-entitled action hereby voluntarily dismiss all claims against the defendant, Roland D. Hughes, with prejudice and without costs and waiving all rights of appeal.

Plaintiff,
FREDERICK J. HERRICK, SR.
By his Attorney,

*/s/ David B. Kaplan*
David B. Kaplan, Esquire
Kaplan Bond Group
88 Black Falcon, Suite 301
Boston, MA 02210

Defendant,
ROLAND D. HUGHES, ESQUIRE
By his Attorneys,

*/s/ W. B. Scarpelli*
Scott Douglas Burke, BBO #551255
William B. Scarpelli, BBO #560034
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: 12/6/04

950539v1